# Robinson+Cole

**MEMO ENDORSED**


1/4/2022

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in New York

**Via ECF**

January 4, 2022

Honorable Nelson Stephen Román
United States District Judge
United States District Court
300 Quarropas St.
White Plains, NY 10601-4150

The Court grants the parties' request to adjourn the Status Conf. from Jan. 7, 2022 until Jan. 5, 2023 at 10:00 am is GRANTED. This conf. will be held by AT&T Teleconf. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court is requested to terminate the motion (doc. 49).
Dated: White Plains, NY
       Jan. 4, 2022

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: Kayser v. The Guardian Life Insurance Company of America et al.
    7:19-cv-00454-NSR-JCM

Dear Judge Román:

This firm represents defendants, The Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), in the above-referenced matter. I write on behalf of both parties to request that the Court adjourn the January 7, 2022 status conference (September 8, 2021 Minute Entry).

After Your Honor scheduled that conference, you referred the case to Magistrate Judge McCarthy, who imposed a Scheduling Order with a December 15, 2022 discovery cutoff (Doc. No. 46). Magistrate Judge McCarthy also scheduled a status conference for January 10, 2022 (November 17, 2021 Minute Entry).

Under the circumstances, it appears that the January 7, 2022 status conference may be unnecessary.

We thank you for your consideration of this matter.

Respectfully,
/s/ Patrick W. Begos

Copies to: Magistrate Judge Judith C. McCarthy (*via* ECF)
           Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP